IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Poblocki, Jason A | Case Number: 09 B 00017 |
| | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 1/2/09 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: March 2, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 2. | Cardunal Investment Group | Secured | 0.00 | 0.00 |
| 3. | Valleys Of Amber Grove HOA | Secured | 3,163.50 | 0.00 |
| 4. | Cardunal Investment Group | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Bank | Secured | 22,900.10 | 0.00 |
| 6. | Dell Financial Services, Inc | Unsecured | 218.98 | 0.00 |
| 7. | Capital One | Unsecured | 289.91 | 0.00 |
| 8. | Chase | Unsecured | | No Claim Filed |
| 9. | Chase Bank | Unsecured | | No Claim Filed |
| 10. | LHR Inc | Unsecured | | No Claim Filed |
| 11. | CitiFinancial | Unsecured | | No Claim Filed |
| 12. | HFC | Unsecured | | No Claim Filed |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | CitiFinancial | Unsecured | | No Claim Filed |
| 15. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 16. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | $ 26,572.49 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Poblocki, Jason A

Printed: 03/03/09

Case Number: 09 B 00017
Judge: Squires, John H
Filed: 1/2/09

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: